PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Yodelkis Contreras</u>   Case Number: <u>3:11-00128-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Frank Montalvo, United States District Judge, WD/TX</u>

Name of Current Judicial Officer: <u>Honorable Aleta A. Trauger, United States District Judge</u>

Date of Original Sentence: <u>December 1, 2008</u>

Original Offense: <u>21 U.S.C. § 841 and 846 Conspiracy to Possess with Intent to Distribute a Quantity of Marijuana > 100 kilograms</u>

Original Sentence: <u>47 months' custody followed by four years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>December 30, 2010</u>

Assistant U.S. Attorney: <u>To be determined</u>   Defense Attorney: <u>Isaiah S. Gant</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 26th day of July, 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place   Nashville, Tennessee

Date    July 25, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

On July 18, 2013, Mr. Contreras tested positive for cocaine use.

Mr. Contreras reported to the probation office on July 18, 2013, as instructed, as part of the random drug testing program. He submitted a urine specimen which tested positive for cocaine. Mr. Contreras denied use. The specimen was sent to the laboratory for confirmation and was confirmed positive for cocaine. He later admitted to using cocaine the previous weekend.

**Compliance with Supervision Conditions and Prior Interventions:**

Yodelkis Contreras began his term of supervised release on December 30, 2010. His term of supervision is scheduled to expire on December 29, 2014. Jurisdiction was accepted from the Western District of Texas on July 11, 2011. Mr. Contreras is employed at Russell Landscaping Group, Inc.

This officer spoke with Mr. Contreras via telephone on July 18, 2013, and he admitted to using cocaine during the previous weekend. On July 19, 2013, a home visit was conducted at Mr. Contreras' residence. He related that he snorted cocaine the previous weekend while at an "after hours" bar with some friends.

Mr. Contreras was referred to Centerstone Mental Health on February 15, 2011. He had a substance abuse treatment assessment on June 11, 2011, and the counselor recommended that Mr. Contreras participate in Low Intensity Outpatient treatment. Mr. Contreras successfully completed the program on February 21, 2012. However, on March 26, 2012, Mr. Contreras tested positive for cocaine use, and he was referred back to Centerstone Mental Health to resume treatment sessions. He successfully completed the program again on September 28, 2012. Since the start of supervision, Mr. Contreras has tested positive for an illegal drug (cocaine) on March 26, 2012, and July 18, 2013. The first positive drug screen was not confirmed by the laboratory as it indicated negative for any illegal drugs; however, Mr. Contreras admitted to cocaine use.

On or about May 6, 2013, Mr. Contreras contacted the Office of Federal Public Defender to ask for assistance in petitioning the Court for early termination of supervision. Due to Mr. Contreras' financial inability to employ counsel, the Court appointed the Officer of Federal Public Defender to represent him, specifically, Isaiah S. Gant.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended that Mr. Contreras continue on supervised release with increased drug testing and to return to Centerstone Mental Health to resume substance abuse treatment. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.


Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer