### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00128 |
| | ) | Judge Trauger |
| YODELKIS CONTRERAS | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket No. 10) shall be held on Thursday, May 15, 2014, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 8th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge