# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00128 |
| | ) | Judge Trauger |
| YODELKIS CONTRERAS | ) | |
| | ) | |

## O R D E R

The defendant appeared with counsel for a revocation hearing on May 15, 2014. By agreement, it is hereby **ORDERED** that this hearing is **CONTINUED** and **RESET** for Monday, July 14, 2014, at 10:30 a.m.

It is so **ORDERED**.

ENTER this 15th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge